## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PERRY IVORY WIMS,

      Plaintiff,

v.                                                    CASE NO.  8:15-cv-1335-T-26TGW

UNITED STATES OF AMERICA,

      Defendant.

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, and in light of the published order entered yesterday, January 20, 2016, by the Eleventh Circuit Court of Appeals in In re: Anthony Johnson, case number 16-10011, it is **ORDERED AND ADJUDGED** that the Plaintiff's Application to the District Court for the Issuance of a Certificate of Appealability to Appeal the Denial of a Rule 60(b) Motion (Dkt. 16) is **granted**. The Court issues the following certificate of appealability: Whether Johnson v. United States, 135 S.Ct. 2551 (2015), announced a new rule of constitutional law that applies retroactively to cases that are on collateral review.

**DONE AND ORDERED** at Tampa, Florida, on January 21, 2016.


          *s/Richard A. Lazzara*
          **RICHARD A. LAZZARA**
          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*